UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-80082-CIV-RYSKAMP/VITUNAC

MERCEDES LOPEZ,

    Plaintiff,

v.

REDLINE RECOVERY SERVICES, LLC,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court pursuant to Plaintiff's May 12, 2011 **[DE 6]** Rule 41(a)(1)(i) notice of voluntary dismissal with prejudice. It is hereby

ORDERED AND ADJUDGED that the above-styled case is DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction over this matter for 20 days to enforce the terms of the settlement agreement. The Clerk of Court shall CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 24th day of May, 2011.

                                                S/Kenneth L. Ryskamp
                                                KENNETH L. RYSKAMP
                                                UNITED STATES DISTRICT JUDGE